IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Griselda Ankele, | NO. C 04-04811 JW |
|       Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS** |
| v. | |
| Suzanne Johnson, et al., | |
|       Defendant(s). | |

Pursuant to Local Rule 7-1(b), Defendants' Motion for Award of Attorneys Fees and Costs is deemed submitted. Thus, the Court vacates the hearing on this motion presently scheduled for **July 11, 2005 at 9 a.m.**

Dated: June 28, 2005          /s/ James Ware
                              JAMES WARE
                              United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Debra Spotts Blum blumd@wemed.com
Kenneth H. Prochnow kprochnow@prochlaw.com
3 Louis Harrison Castoria castorial@wemed.com

4 Griselda Ankele
2014 Frauenfeld St
5 Manteca, CA 95337

6

7 **Dated: June 28, 2005**                                   **Richard W. Wieking, Clerk**

8                                                             **By:  /s/ JW Chambers**
                                                                **Ronald L. Davis**
9                                                              **Courtroom Deputy**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California